for writ of certiorari to the Supreme Court of Mississippi denied. *Mr. Marion W. Reily* for petitioner. *Messrs. H. D. Minor, Charles N. Burch, C. H. McKay, E. C. Craig, R. L. Dent,* and *A. S. Bozeman* for respondent.

No. 875. HOGAN *v.* HAMBURG-AMERICAN LINE. May 6, 1935. Petition for writ of certiorari to the City Court of the City of New York, State of New York, denied. *Mr. Silas B. Axtell* for petitioner. *Mr. Wm. B. Devoe* for respondent.

No. 878. SOUTHWESTERN GAS & ELECTRIC CO. *v.* WILLIAMS. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William H. Arnold* and *David C. Arnold* for petitioner. *Mr. S. P. Jones* for respondent.

No. 927. SULLIVAN *v.* CHICAGO & NORTH WESTERN RY. CO. May 13, 1935. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Amos Thomas* for petitioner. No appearance for respondent.

No. 929. SOLOMON, ADMINISTRATOR, *v.* BENJAMIN. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Justus Chancellor* for petitioner. No appearance for respondent.